**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 327 EAL 2020

Respondent     :

    :   Petition for Allowance of Appeal

    :   from the Order of the Superior Court

v.     :

LAQUAM SMITH,     :

Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.